NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| United States of America, | ) | Case Nos.: |
| | ) | |
| Plaintiff, | ) | 8:16-cv-1100-JLS |
| | ) | |
| vs. | ) | 8:14-cr-0092-JLS |
| | ) | |
| Valsin Francois, | ) | **Order on Petitioner's Motion to** |
| | ) | **Continue Evidentiary Hearing and** |
| Defendant. | ) | **Briefing Schedule** |
| | ) | |

Good cause having been shown, the hearing presently set for February 20, 2018 at 9:00 a.m. shall be continued to April 24, 2018 at 9:00 a.m.

Supplemental briefing by the Petitioner shall be due no later than March 5, 2018; supplemental briefing by the government shall be due no later than April 2, 2018.

**IT IS SO ORDERED.**

Date:  January 16, 2018

_____
Honorable Josephine L. Staton
United States District Judge